# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN CHANSE RIDER,
                  Appellant,

vs.

THE STATE OF NEVADA,
                  Respondent.

No. 79364

**FILED**

SEP 10 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal "from the final judgment denying pretrial release from detention entered in this action on the 9th day of May, 2019." Fifth Judicial District Court, Esmeralda County; Kimberly A. Wanker, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

19-37842

cc:    Hon. Kimberly A. Wanker, District Judge
Justin Chanse Rider
Attorney General/Carson City
Esmeralda County District Attorney
Esmeralda County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A